UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ILIANA LOPEZ,

             Plaintiff,

             -v-

HENRIS CLOUD NINE, LLC,

             Defendant.
-----------------------------------------------------------------------X

23 Civ. 1016 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      On March 6, 2023, the Court granted Defendant's request for an extension of time to respond to the Complaint, and directed Defendant to respond by March 24, 2023. Dkt. 9. That deadline has passed, and the docket does not reflect any response to the Complaint from Defendant. Accordingly, Defendant shall respond to the Complaint by March 29, 2023. If Defendant fails to respond by its deadline to do so, Plaintiff shall seek a certificate of default by March 31, 2023.

      SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                            JOHN P. CRONAN
                                          United States District Judge