# THE LAW OFFICE OF
# NOOR A. SAAB

|  |  |  |
|---|---|---|
| Noor A. Saab, Esq.* <br> ----------- <br> * Admitted in New York | 380 N. Broadway, Ste 300 <br> Jericho, New York 11753 <br> Tel: (718) 740-5060 * Fax: (718) 709-5912 <br> Email: NoorASaabLaw@gmail.com | <u>QUEENS OFFICE</u> <br> 148-02 Hillside Ave <br> Jamaica, New York 11435 |

April 22, 2023

**BY ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Iliana Lopez v. Henris Cloud Nine, LLC (1:23-cv-01016-JPC)</u>

To the Honorable Judge John P. Cronan,

 The Plaintiff submits this letter motion respectfully requesting an adjournment of the Initial Pre Trial-Conference currently set for April 25,2023 pursuant to Your Honor's Order dated April 17,2023 (Dkt #13) The counsel for the Plaintiff was unable to confer with counsel for the Defendant until April 21,2023 due to medical emergencies.  Counsel for the Plaintiff was severely debilitated a Covid 19 diagnosis on April 3, 2023 and counsel's mother suffered a stroke April 14, 2023. (Documentation available upon request) Being the healthcare proxy and guardian during this emergency event, Plaintiff's counsel regrettably missed the April 20, 2023 deadline to submit the pre-conference documents.  At this point, the counsel for the Defendant has not responded to the emails, and so, Plaintiff respectfully requests a short adjournment of the initial pre trial conference so that the parties may confer and submit the pre-IPTC submission per Your Honor's Orders.  This is the first time this relief is being requested.

 The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

The request is granted. The Initial Pretrial Conference ("IPTC") is adjourned to June 6, 2023, at 9:30 a.m. via telephone.  At the scheduled time, counsel for all parties shall call 866-434-5269, access code 9176261.  The deadline for pre-IPTC submissions is adjourned to May 30, 2023.  The Court wishes Plaintiff's Counsel a speedy recovery.  The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.

April 24, 2023
New York, New York

Respectfully submitted,

/s/ Noor A. Saab, Esq.

_____
JOHN P. CRONAN
United States District Judge