UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

ILIANA LOPEZ, *on behalf of herself and all others* : 
*similarly situated*,                                    :

                                  :
                       Plaintiff,        :           23 Civ. 1016 (JPC)
                                    :

            -v-                        :               ORDER
                                    :

HENRIS CLOUD NINE, LLC,              :

                                    :
                    Defendant.      :
                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Discovery in this matter closed on November 13, 2023, *see* Dkt. 19 ¶ 10, and no party has

submitted a post-discovery status letter to the Court as directed, *id.* ¶ 18, or otherwise indicated an

intent to move for summary judgment, *see* Fed. R. Civ. P. 50(b) (unless otherwise set by the Court,

requiring that a motion for summary judgment must be filed within thirty days of the close of

discovery).  Accordingly, counsel for all parties are directed to appear for a telephonic status

conference on February 15, 2024, at 3:00 p.m., to discuss a trial date.  At the scheduled time,

counsel for all parties should call (866) 434-5269, access code 9176261.  The conference must be

attended by the attorney who will serve as principal trial counsel.

       SO ORDERED.

Dated: January 26, 2024
       New York, New York                       JOHN P. CRONAN
                                   United States District Judge